## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Codiak BioSciences, Inc., *et al.*,[1] | Case No. 23-10350 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Doc. Nos. 200, 225, & 239** |

### NOTICE OF OCCURRENCE OF SALE CLOSING DATE (ASTELLAS)

**PLEASE TAKE NOTICE** that, on June 6, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (I) Approving APA, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances Other than Assumed Liabilities and Permitted Encumbrances, and (III) Granting Related Relief* [Docket No. 239] (the "**Sale Order**"),[2] thereby authorizing and approving that certain Asset Purchase Agreement (the "**APA**"), that was dated as of June 5, 2023, by and between the Codiak BioSciences, Inc. and Astellas Institute for Regenerative Medicine ("**Buyer**").

**PLEASE TAKE FURTHER NOTICE** that the Closing Date under the APA occurred on June 12, 2023. There were no executory contracts or unexpired leases assumed and assigned pursuant to the Sale Order.

[*Remainder of this page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Codiak BioSciences, Inc. (6530); and Codiak Securities Corporation (6336). The Debtors' mailing address is Care of Province, LLC, 2360 Corporate Circle, Suite 340, Henderson, NV 89074 (Attn: Paul Huygens, CRO).

[2] Capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to them in the Sale Order.

30452606.2

| | |
|---|---|
| Dated: June 15, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Andrew A. Mark*<br>Michael R. Nestor (No. 3526)<br>Joseph Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Elizabeth S. Justison (No. 5911)<br>Andrew A. Mark (No. 6861)<br>Emily C.S. Jones (No. 7071)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Tel.: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br>         ejustison@ycst.com<br>         amark@ycst.com<br>         ejones@ycst.com<br><br>*Counsel for Debtors and Debtors in Possession* |

30452606.2