IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Codiak BioSciences, Inc., *et al.*,[1] | Case No. 23-10350 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Doc. Nos. 200, 226, & 240** |

### NOTICE OF OCCURRENCE OF SALE CLOSING DATE (EVOX)

**PLEASE TAKE NOTICE** that, on June 6, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (I) Approving APA, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Claims and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 240] (the "**Sale Order**"),[2] thereby authorizing and approving that certain Asset Purchase Agreement (the "**APA**"), that was dated as of June 6, 2023, by and between the Codiak BioSciences, Inc. and Evox Therapeutics Ltd. ("**Buyer**").

**PLEASE TAKE FURTHER NOTICE** that the Closing Date under the APA occurred on June 12, 2023. There were no executory contracts or unexpired leases assumed and assigned pursuant to the Sale Order.

[*Remainder of this page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Codiak BioSciences, Inc. (6530); and Codiak Securities Corporation (6336). The Debtors' mailing address is Care of Province, LLC, 2360 Corporate Circle, Suite 340, Henderson, NV 89074 (Attn: Paul Huygens, CRO).

[2] Capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to them in the Sale Order.

30452237.3

| | |
|---|---|
| Dated: June 15, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Andrew A. Mark*<br>Michael R. Nestor (No. 3526)<br>Joseph Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Elizabeth S. Justison (No. 5911)<br>Andrew A. Mark (No. 6861)<br>Emily C.S. Jones (No. 7071)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Tel.: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  mnestor@ycst.com<br>           jbarry@ycst.com<br>           rbartley@ycst.com<br>           ejustison@ycst.com<br>           amark@ycst.com<br>           ejones@ycst.com<br><br>*Counsel for Debtors and Debtors in Possession* |

30452237.3