IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CODIAK BIOSCIENCES, INC., *et al.*,[1] | ) ) ) | Case No. 23-10350 (MFW) |
| Debtors. | ) ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before June 17, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A** and on two (2) confidential parties not included herein:

- **Notice of Motion of the Debtors for Entry of an Order (I) Authorizing the Dismissal of the Debtors' Chapter 11 Cases; and (II) Granting Related Relief** (attached hereto as **Exhibit B**)

Furthermore, on June 20, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Seeq Corporation at 113 Cherry St, Seattle, WA 98104-2205:

- **Notice of Occurrence of Sale Closing Date (Astellas)** (Docket No. 264)

- **Notice of Occurrence of Sale Closing Date (Evox)** (Docket No. 265)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Codiak BioSciences, Inc. (6530); and Codiak Securities Corporation (6336). The Debtors' mailing address is Care of Province, LLC, 2360 Corporate Circle, Suite 340, Henderson, NV 89074 (Attn: Paul Huygens, CRO).

- **Notice of Occurrence of Sale Closing Date (Lonza)** (Docket No. 266)

Dated: June 27, 2023

_____
Stephanie Delgado

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27th day of June, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Allied Universal Technology Services | Attn: Michael Devita, Jr | 187 Ballardvale St | Ste A170 | Wilmington | MA | 01887-1056 |
| Boston Lab Services, Inc. | Attn: Elden Lainez | 18 Terry Ave | # 1 | Burlington | MA | 01803-2516 |
| Christopher Seifarth | | 2986 New Hanover Square Rd | | Gilbertsville | PA | 19525-9601 |
| Dublin Lab Services, LLC | | 235 Cambridge St | Unit 103 | Burlington | MA | 01803-2544 |
| Oxford Global Resources, LLC | | 900 Cummings Ctr | Ste 326T | Beverly | MA | 01915-6181 |

# **Exhibit B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Codiak BioSciences, Inc., *et al.*,[1] | Case No. 23-10350 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 248 |

**NOTICE OF MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE DISMISSAL OF THE DEBTORS' CHAPTER 11 CASES;
AND (II) GRANTING RELATED RELIEF**

TO:   ALL CREDITORS AND EQUITY HOLDERS; IF YOU ARE A NOMINEE OR RECORD HOLDER FOR A BENEFICIAL HOLDER OF EQUITY, YOU ARE REQUESTED TO FORWARD THIS NOTICE TO YOUR BENEFICIARY

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (together, the "**Debtors**") have filed the *Motion of the Debtors for Entry of an Order (I) Authorizing the Dismissal of the Debtors' Chapter 11 Cases; and (II) Granting Related Relief* (the "**Motion**").[2] You may obtain a copy of the Motion free of charge from the website of Stretto, Inc. ("**Stretto**"), the Debtors' claims and noticing agent, at https://cases.stretto.com/codiak.

**PLEASE TAKE FURTHER NOTICE** that, through the Motion, the Debtors seek entry of the Initial Order and the Dismissal Order, pursuant to sections 105(a), 305(a), 349, 365, and 554 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"). Among other things, the Initial Order (a) sets forth procedures for the filing and approval of final fee applications for professionals employed in these chapter 11 cases pursuant to sections 327, 328, 363 or 1103 of the Bankruptcy Code (collectively, the "**Professionals**"); (b) authorizes the rejection of the Debtors' remaining executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code; (c) authorizes the Debtors to abandon their remaining books and records; and (d) authorizes the Debtors to take all reasonably necessary steps to dissolve under applicable state law. Among other things, the Dismissal Order (a) dismisses the Debtors' chapter 11 cases pursuant to section 305(a) of the Bankruptcy Code; (b) relieves Stretto of its responsibilities as the Debtors' claims and noticing agent; (c) provides that all prior orders, stipulations, settlement, rulings, orders, and judgments of the United States Bankruptcy Court for the District of Delaware (the "**Court**") made during the course of these chapter 11 cases are in full

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Codiak BioSciences, Inc. (6530); and Codiak Securities Corporation (6336). The Debtors' mailing address is Care of Province, LLC, 2360 Corporate Circle, Suite 340, Henderson, NV 89074 (Attn: Paul Huygens, CRO).

[2]   Capitalized terms use but not defined herein have the meanings ascribed to such terms in the Motion.

force and effect and otherwise unaffected by the dismissal of these chapter 11 cases; and (d) terminates the retention of Debtors' Professionals.

**PLEASE TAKE FURTHER NOTICE** that, if you are a party to an executory contract or unexpired lease that has not previously been rejected or assumed and assigned by order of the Court and has not expired by its own terms, such executory contract or unexpired lease shall be deemed rejected effective as of the date the Initial Order is entered.

**PLEASE TAKE FURTHER NOTICE** that the Debtors believe they have sufficient funds under the Budget to pay all administrative expense claims arising under section 503(b) of the Bankruptcy Code after March 27, 2023 (each, an "**Administrative Expense Claim**"). If you believe you are entitled to payment of an Administrative Expense Claim, you are encouraged to (i) file a request for payment of such Administrative Expense Claim no later than **4:00 p.m. (ET) on July 7, 2023** with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801 and (ii) send a copy of such Administrative Expense Claim request to the undersigned counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **June 20, 2023 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A REMOTE HEARING ON THE MOTION WILL BE HELD ON **JUNE 27, 2023 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE DISTRICT OF DELAWARE.

*[Remainder of page intentionally left blank]*

2

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: June 6, 2023
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Elizabeth S. Justison*
Michael R. Nestor (No. 3526)
Joseph Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Elizabeth S. Justison (No. 5911)
Andrew A. Mark (No. 6861)
Emily C.S. Jones (No. 7071)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Tel.: (302) 571-6600
Facsimile: (302) 571-1253
Email:  mnestor@ycst.com
　　　　jbarry@ycst.com
　　　　rbartley@ycst.com
　　　　ejustison@ycst.com
　　　　amark@ycst.com
　　　　ejones@ycst.com

*Counsel for Debtors and Debtors in Possession*